**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

| | | |
|---|---|---|
| DAVID MYERS and GLENN McMURTREY | * * * | |
| Plaintiffs | * * | |
| | * | NO: 4:09CV00725  SWW |
| VS. | * * | |
| CENTRAL UNITED LIFE INSURANCE COMPANY | * * * | |
| Defendant | * * | |

## **ORDER**

Before the Court is Plaintiffs' motion seeking leave to file an amended complaint (docket entry #16). Plaintiffs filed the motion to amend on August 3, 2010, after filing an amended complaint without leave of court on August 2, 2010. Plaintiffs explain: "Pursuant to this Court's scheduling order of March 8, 2010, Plaintiffs filed their amended complaint on August 2, 2010 without leave. . . . In an abundance of caution, plaintiffs would request, if necessary leave of this Honorable Court leave to amend their complaint as reflected in Exhibit A." Docket entry #16, at 1.

The final scheduling order in this case provides that <u>motions</u> to amend the pleadings, including the complaint, shall be filed by August 2, 2010, and Rule 15(a) of the Federal Rules of Civil Procedure provides that the right to amend as a matter of course terminates 21 days after a responsive pleading is filed. In this case, Defendant filed an answer on October 13, 2009, thus Plaintiffs' right to file an amended complaint as a matter of course terminated long before they

filed an amended complaint without leave.

IT IS THEREFORE ORDERED that Plaintiffs' amended complaint (docket entry #15) is hereby stricken from the record. The Court will decide Plaintiffs' motion to amend after the time for filing a response has passed.

IT IS SO ORDERED THIS 6TH   DAY OF AUGUST, 2010.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE