## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

DAVID MYERS and GLENN          *
McMURTREY                       *
                                *
              Plaintiffs        *
                                *          NO: 4:09CV00725   SWW
VS.                             *
                                *
CENTRAL UNITED LIFE            *
INSURANCE COMPANY              *
                                *
              Defendant         *
                                *

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1ST  DAY OF AUGUST, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE